UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EMMETT HARRIS,

        Plaintiff,

   v.

RICK M. HILL, et al.,

        Defendants.

No.  2:19-cv-1037 KJM AC P

ORDER

Plaintiff has filed a motion for a thirty-day extension of time to file an amended complaint.  Good cause appearing, IT IS HEREBY ORDERED that:

1.  Plaintiff's motion for an extension of time, ECF No. 12, is GRANTED.

2.  Plaintiff shall have thirty days from the service of this order in which to file an amended complaint.

DATED: May 24, 2021

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE