Rob Bonta, State Bar No. 202668
Attorney General of California
Tyler V. Heath, State Bar No. 271478
Supervising Deputy Attorney General
Garrett L. Seuell, State Bar No. 323175
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-6144
  Fax: (916) 324-5205
  E-mail: Garrett.Seuell@doj.ca.gov
*Attorneys for Defendants*
*R. Hill and D. Nagtaion*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **EMMETT HARRIS,**<br><br>            Plaintiff,<br><br>    v.<br><br>**R. HILL, et al.,**<br><br>            Defendant. | 2:19-cv-1037 KJM AC P<br><br>~~[PROPOSED]~~ ORDER |

Defendants request a twenty-one (21) day extension of the deadline to file a motion to opt out of the Post-Screening Alternative Dispute Resolution (ADR) Project. After reviewing Defendants' request, and good cause appearing, Defendants' request is GRANTED. Defendants shall have an additional twenty-one (21) days, or until August 11, 2021, to file their motion to opt out of the Post-Screening ADR Project.

IT IS SO ORDERED.

DATED: July 22, 2021

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE