Rob Bonta, State Bar No. 202668
Attorney General of California
Tyler V. Heath, State Bar No. 271478
Supervising Deputy Attorney General
Garrett L. Seuell, State Bar No. 323175
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-6144
  Fax: (916) 324-5205
  E-mail:  Garrett.Seuell@doj.ca.gov
*Attorneys for Defendants
R. Hill and D. Nagtalon*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **EMMETT HARRIS**, <br><br> Plaintiff, <br><br> v. <br><br> **HILL, et al.**, <br><br> Defendant. | **2:19-cv-01037 KJM AC P** <br><br> [PROPOSED] ORDER |

Good cause appearing, Defendants' motion to modify the January 7, 2022 discovery deadline and the April 1, 2022 deadline to file dispositive motions (ECF No. 34) is GRANTED. The current discovery deadline and deadline to file dispositive motions are vacated. The Court will reset these deadlines after ruling on Defendants' motion to compel Plaintiff's discovery responses and deposition.

DATED: January 7, 2022

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE