UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMETT HARRIS, | No. 2:19-cv-1037 KJM AC P |
| Plaintiff, | |
| v. | ORDER |
| RICK M. HILL, et al., | |
| Defendants. | |

Plaintiff is a former state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On January 7, 2022, defendants filed a motion to compel plaintiff's deposition testimony and responses to discovery requests. ECF No. 33. The time for responding has now passed and plaintiff has not responded. Plaintiff will be given one final opportunity to respond.

Accordingly, IT IS HEREBY ORDERED that plaintiff shall have an additional twenty-one days from the filing of this order to respond to defendants' motion to compel. Failure to respond will be deemed a waiver of any opposition to the granting of the motion and may result in the imposition of sanctions. See L.R. 230(l).

DATED: February 14, 2022

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE