UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMETT HARRIS, | No. 2:19-cv-1037 KJM AC P |
| Plaintiff, | |
| v. | ORDER |
| RICK M. HILL, et al., | |
| Defendants. | |

On May 10, 2022, defendants filed a motion for terminating sanctions based on plaintiff's failure to participate in discovery and comply with court orders. ECF No. 38. Plaintiff has not opposed the motion.

Good cause appearing, IT IS HEREBY ORDERED that within twenty-one days after the filing date of this order, plaintiff shall file and serve an opposition to the motion for sanctions or a statement of non-opposition. Failure to comply with this order will result in a recommendation that this action be dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

DATED: June 10, 2022

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE